NUMBER 13-04-590-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


JL CO., INC., D/B/A J. L. CONSTRUCTION 

COMPANY, Appellant,


v.



EWING CONSTRUCTION CO., INC., Appellee.

____________________________________________________________


On appeal from the 93rd District Court


of Hidalgo County, Texas.


____________________________________________________________

 

MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, JL CO., INC., D/B/A J. L. CONSTRUCTION COMPANY, perfected an
appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in
cause number C-1836-00-B(2). On January 31, 2007, this Court was notified that the
above cause had settled and that a formal motion to dispose of the case would be filed. 
 On June 13, 2007, no motion or communication having been received from the
parties, this Court requested that the parties either file an appropriate motion to dispose
of the case or advise the Court of the status of the matter. Pursuant to Tex. R. App. P.
42.3, notice was given that, if no response was received within ten days from the date of
receipt of said notice, the appeal would be dismissed. To date, no response has been
received.

 The Court, having examined and fully considered the documents on file and
appellant's failure to respond to this Court's notice, is of the opinion that the appeal should
be dismissed. See Tex. R. App. P. 42.3(c). The appeal is hereby DISMISSED.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 26th day of July, 2007